UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:23-CV-101-BJB-HBB
*Electronically Filed*

PHILLIP BEDWELL                                                                               PLAINTIFF

v.

DOLLAR GENERAL CORPORATION
SUSAN COX KENTUCKY, LLC                                         DEFENDANTS

## JOINT MOTION TO AMEND SCHEDULING ORDER

The parties, Plaintiff Phillip Bedwell and Defendants Dollar General Corporation and Susan Cox Kentucky, LLC, jointly move to amend this Court's November 13, 2023 Scheduling Order [DN 13] pursuant to paragraph 9 of that Order and for the reasons set forth below:

This is a premises liability case. Plaintiff alleges he tripped and fell outside a Dollar General retail store in Smiths Grove, Kentucky at night due to inadequate exterior lighting. The parties have exchanged their initial disclosures and written discovery answers, have deposed the Plaintiff, and are in the process of scheduling the depositions of certain Dollar General fact witnesses. Additionally, the parties have scheduled a private mediation on August 19, 2024. This mediation date is after the current dates for the close of fact discovery and disclosure of Plaintiff's experts. In light of the current status of discovery and the impending mediation, the parties believe good cause exists to extend certain pretrial deadlines set forth in the Scheduling Order, as such an extension is in the parties' best interest and would serve the judicial economy. Attached is a Proposed Agreed Order, which reflects the parties' request to extend the fact and expert discovery deadlines by approximately 165 days.

Wherefore, the parties respectfully ask the Court to grant their joint motion and extend the pretrial deadlines as set forth in the attached Agreed Order.

Jointly submitted this June 13, 2024.

<u>/s/ *Colton W. Givens*</u>
Thomas N. Kerrick
Colton W. Givens
KERRICK BACHERT PSC
2445 Nashville Rd.
P.O. Box 9547
Bowling Green, KY 42101
tkerrick@kerricklaw.com
cgivens@kerricklaw.com
*Counsel for Defendants*


<u>*/s/ Lauren Marley with permission*</u>
Lauren Marley
Morgan & Morgan
360 E. 8th Avenue, Suite 411
Bowling Green, KY 42101
lmarley@forthepeople.com
*Counsel for Plaintiff*